# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 15, 2020

Lyle W. Cayce
Clerk

No. 20-40149

Alfredo Lozano Mares,

*Plaintiff—Appellant*,

*versus*

Cameron County Sheriff Omar Lucio, Individually and
in his Official Capacity; Abel Gomez, Individual and in
his Official Capacity,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:19-CV-61

Before Barksdale, Southwick, and Graves, *Circuit Judges*.

Per Curiam:*

AFFIRMED.  *See* 5th Circuit Rule 47.6.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.